**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000588**
**02-JUL-2025**
**01:00 PM**
**Dkt. 66 AMORD**

CAAP-22-0000588
Deutsche Bank, et. al. v. Szymanski

**NOTE**: Amended Order Accepting Application for Writ of Certiorari was filed on July 2, 2025 in SCWC-21-0000438 (attached).

**Electronically Filed
Supreme Court
SCWC-21-0000438
02-JUL-2025
12:19 PM
Dkt. 18 AMORD**

SCWC-21-0000438

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-Q01,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

MICHAEL JON SZYMANSKI,
Petitioner/Defendant-Counterclaimant-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR
COUNTRYWIDE MORTGAGE VENTURES, LLC, dba WESTERN PARADISE
FINANCIAL; WAILEA COMMUNITY ASSOCIATION; WAILEA PUALANI ESTATES
HOMEOWNERS ASSOCIATION; WELLS FARGO BANK, N.A. AS INDENTURE
TRUSTEE FOR GMACM HOME EQUITY LOAN TRUST 2002-HE1, GMACM HOME
EQUITY LOAN-BACKED TERM NOTES 2002-HE1,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000438; CAAP-22-0000588; CASE NO. 2CC181000015)

AMENDED ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kawamura, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Counterclaimant-Appellant Michael Jon

Szymanski's application for writ of certiorari filed on May 7,

2025, is accepted.

Under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1, this court "may limit the question on review."  Here, we limit the question on review to question presented "A" of Petitioner's application for writ of certiorari.

It is further ordered that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, July 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

